**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR.NO.** 06-133ML |
| | ) | |
| **RONALD G. HOPKINS** | ) | |

**SEALING ORDER**

THIS MATTER having come before the Court on the 16th day of November, 2006, pursuant to the Government's written MOTION TO SEAL, and the Court being fully advised and satisfied in the premises, finds that the interest of justice require that the Government's MOTION TO SEAL be GRANTED.

IT IS THEREFORE ORDERED that the Indictment, Arrest Warrants, all other accompanying documents, the Motion to Seal and this Order in the above styled and numbered cause, are hereby ORDERED sealed, save and except copies to be delivered to the United States Attorney's Office, United States Marshals Service and the Providence Police Department by the District Clerk's Office.

**FURTHER, IT IS ORDERED** that upon the arrest of the defendant, the Indictment and all accompanying documents filed in this case be unsealed.

United States Magistrate Judge