IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA ) CR. No.: CR 06 133ML
)
)
v. ) In violation of 21 U.S.C.§§
) 841(a)(1), (b)(1)(A),
) and (b)(1)(B)
RONALD G. HOPKINS, a/k/a "SWIFT" )

INDICTMENT

FILED
NOV 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

The Grand Jury charges that:

COUNT I

On or about June 29, 2006, in the District of Rhode Island, the defendant, RONALD G. HOPKINS, a/k/a "SWIFT," did knowingly and intentionally distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

COUNT II

On or about July 17, 2006, in the District of Rhode Island, the defendant, RONALD G. HOPKINS, a/k/a "SWIFT," did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a

Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL.

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 11-15-06