IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 06-133ML
vs. )
)
SEALED CASE )

**MOTION TO UNSEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, and moves that the above-listed case be unsealed.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

SANDRA R. BECKNER
Assistant U.S. Attorney
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov

SO ORDERED:

~~MARY M.~~ LISI LINCOLN D. ALMOND
~~CHIEF JUDGE~~ USMJ
UNITED STATES DISTRICT COURT

DATE: 2/14/07