126 0021

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

FEB

UNITED STATES OF AMERICA

v.

RONALD G. HOPKINS

**WARRANT FOR ARREST**

CASE NUMBER: CR06-133-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RONALD G. HOPKINS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE; DISTRIBUTION OF COCAINE BASE;

in violation of Title 21 United States Code, Section(s) 846; 841(a)(1)&(b)(1)(A)(B); 18:2

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Noel
Signature of Issuing Officer

February 14, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Taunton District Court by USMS D/RI | | |
| DATE RECEIVED 02/14/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 03/20/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.