UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0133-01 ML |
| | ) | |
| RONALD HOPKINS | ) | |

---

MOTION TO WITHDRAW

Now comes Ronald Hopkins, the Defendant in the above captioned matter, by and through his counsel, and moves that this Honorable Court grant leave to withdraw the appearance of defense counsel, Assistant Federal Defender Kevin J. Fitzgerald. An irremediable breakdown in the attorney-client relationship has occurred to the degree that it is in Mr. Hopkins's best interests to have a new attorney appointed to represent him in this matter.

Respectfully submitted
Ronald Hopkins
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on April 25, 2007.

/s/ Kevin J. Fitzgerald