UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0133-01 ML |
| | ) | |
| RONALD HOPKINS | ) | |

---

MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Ronald Hopkins, the Defendant in the above captioned matter, and moves this Honorable Court to continue the empanelment date, currently July 10, 2007, and extend time for the filing of pretrial motions in this matter until after November 1, 2007. Mr. Hopkins submits the attached memorandum in support of this request.

Respectfully submitted
Ronald Hopkins
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on June 5, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0133-01 ML |
| | ) | |
| RONALD HOPKINS | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Hopkins has moved this Honorable Court to continue the empanelment date and extend the time for filing pretrial motions in this matter until November 1, 2007. The empanelment date is currently July 10, 2007.

The United States Sentencing Commission has recently proposed amendments to the advisory sentencing guidelines which will effect calculations in cases involving crack cocaine. Those amendments will go into effect on November 1, 2007, unless Congress acts to dispose of them. Additionally, several members of Congress have filed or are in the process of filing legislation which will change the threshold levels of cocaine possessed for mandatory minimum sentences under 21 U.S.C. § 841. *See* attached.

The government has charged Mr. Hopkins with possession/distribution of a significant amount of cocaine base. The charged amount triggers an initial mandatory minimum sentence of 10 years in prison. The government has indicated that it will file at least one notice of prior conviction under 21 U.S.C. § 851 raising the minimum sentence to 20 years in prison, though the potential is for two § 851's and a mandatory life sentence. The change in the crack cocaine guidelines will have an indirect effect on any ultimate sentencing (due to § 851 and career offender complications). A change in the § 841 thresholds for mandatory minimum sentences, however, will have a dramatic effect on the mandatory minimum sentence which Mr. Hopkins is facing. For these reasons the Court should grant Mr. Hopkins's request for this continuance.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully submitted
Ronald Hopkins
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on June 5, 2007.

/s/ Kevin J. Fitzgerald