Case 1:06-cr-00133-ML-LDA Document 37-1 Filed 06/05/2007 Page 1 of 3

oh; Attached

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0133-01 ML |
| | ) | |
| RONALD HOPKINS | ) | |

---

MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Ronald Hopkins, the Defendant in the above captioned matter, and moves this Honorable Court to continue the empanelment date, currently July 10, 2007, and extend time for the filing of pretrial motions in this matter until after November 1, 2007. Mr. Hopkins submits the attached memorandum in support of this request.

Respectfully submitted
Ronald Hopkins
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on June 5, 2007.

/s/ Kevin J. Fitzgerald

**DENIED**

Mary M. Lisi

**Mary M. Lisi**
**U.S.D.J.** 6/15/07