IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 06-133ML |
| | ) | |
| | ) | Information pursuant to |
| v. | ) | 21 U.S.C. § 851 |
| | ) | |
| | ) | |
| RONALD HOPKINS | ) | |

INFORMATION CHARGING PRIOR CONVICTION

The Defendant, RONALD HOPKINS, was charged by the United States Grand Jury in the District of Rhode Island on February 14, 2007 in Count I with conspiracy to distribute and possess with intent to distribute 5 grams or more of cocaine base in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846; in Count II with distribution of 5 grams or more of cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2; in Count III with distribution of 5 grams or more of cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); and, in Count IV with distribution of 50 grams or more of cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). The defendant has been previously convicted of the following felony drug offense under state law:

Unlawful Delivery of Cocaine, Providence County (Rhode Island) Superior Court (case number P2-00-0524A).

The United States of America gives notice under 21 U.S.C. § 851 that because of his previous conviction for a felony drug offense, the defendant is subject to a fine of not more than four

million dollars, a term of imprisonment of not less than ten years and not more than life, and a term of supervised release of at least eight years and not more than life on Counts I, II, and III of the indictment. The defendant is subject to a fine of not more than eight million dollars, a term of imprisonment of not less than twenty years and not more than life, and a term of supervised release of at least ten years and not more than life on Count IV of the indictment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

On June 22, 2007, I caused the within “Information Charging Prior Conviction” to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Kevin Fitzgerald
Federal Defender’s Office
10 Weybosset Street, 3rd Floor
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney’s Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov