# Criminal Docket Sheet Re_ rt



**Case ID:** P2-2000-0524A **Description:** RONALD HOPKINS
**Filing Date:** 01-FEB-2000
**Original Case ID:** 62-2000-00559

**Defendant Name:** RONALD HOPKINS **Police Dept:** PROVIDENCE POLICE DEPARTMENT
**BCI#:** 09407140 **Date of Birth:** 27-AUG-1975 **Incarcerated:**

**Address:** 8F W CLIFFORD ST

PROVIDENCE RI 02903

**PROSECUTOR:** KATHLEEN M. KELLY
**PRIVATE ATTORNEY:** MICHAEL J. PISATURO

## Charge Information

**Count:** 1 28401A2A **MANU/DELIV SCH I/II CNTRL SUBS**

**Offense Date:** 10-JAN-2000

**Charge Text:**

**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 12 Years
**Start:** 01-FEB-2000
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 30 Months
**Start:** 01-FEB-2000
**Judge:** JUDGE CLIFTON
**Text:** retro to 01-10-2000.

**Sentence:** SUSPENDED
**Term:** 114 Months
**Start:** 01-FEB-2000
**Judge:** JUDGE CLIFTON
**Text:**

**Sentence:** PROBATION
**Term:** 114 Months
**Start:** 01-FEB-2000
**Judge:** JUDGE CLIFTON
**Text:** court orders spectrum program.

**Sentence:** TOTAL ASSESSMENTS
**Term:** 0 Days
**Start:** 01-FEB-2000
**Judge:** JUDGE CLIFTON
**Text:** $968.00

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER
I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

Signature Date 4/30/07

# Criminal Docket Sheet Re_ rt



## Charge Information

Sentence: VIOLATION OF SUSP SENT
Term: 0 Days
Start: 07-OCT-2005
Judge: JUDGE LANPHEAR
Text: continued on same

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

## Bail Information

| | |
|---|---|
| 11-JAN-2000 | DEFENDANT HELD WITHOUT BAIL |
| 28-SEP-2005 | DEFENDANT HELD WITHOUT BAIL |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

## Events

| Date | Event | Judge |
|---|---|---|
| 07-OCT-2005 | VIOLATION HEARING 1<br>ADMITS/DECLARED TO BE VIOLATOR | LANPHEAR, JUDGE |

## Case Jackets

| Check Out | Returned | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out | Returned | Person Name | Text |
|---|---|---|---|

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER
I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center
Signature 4/30/07
Date

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 11-JAN-2000 | COMPLAINT FILED | |
| 11-JAN-2000 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 11-JAN-2000 | DEFENDANT HELD WITHOUT BAIL | |
| 11-JAN-2000 | WANT OF BAIL DEFT IS COMMITTED | |
| 11-JAN-2000 | FELONY INITIAL APPEARANCE | |
| 11-JAN-2000 | ORD FOR BAIL HEARING- -RULE 5A | |

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 11-JAN-2000 | TRANSFERRED TO SUPERIOR COURT | |
| 01-FEB-2000 | ARRAIGNMENT ON WAIVER EVENT | |
| 01-FEB-2000 | DEFENDANT APPEARS | |
| 01-FEB-2000 | PRE-SENTENCE REPORT WAIVED | |
| 01-FEB-2000 | PETITION TO WAIVE INFORMATION | |
| | **Affiliated Party:** HOPKINS, RONALD | |
| 01-FEB-2000 | CERTIFICATE OF JUDGE | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 01-FEB-2000 | JUDGMENT OF CONVICTION ENTERED | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 01-FEB-2000 | DISPOSED/SENTENCED | |
| | **Affiliated Party:** HOPKINS, RONALD | |
| 28-SEP-2005 | PRESENTED AS A VIOLATOR | |
| 28-SEP-2005 | DEFENDANT HELD WITHOUT BAIL | |
| 28-SEP-2005 | VIOLATION REPORT | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 28-SEP-2005 | ENTRY OF APPEARANCE | |
| | **Affiliated Party:** PISATURO, MICHAEL J. | |
| 28-SEP-2005 | REMANDED TO THE ACI | |
| 07-OCT-2005 | ADMITS/DECLARED TO BE VIOLATOR | |
| 07-OCT-2005 | DECLARED TO BE A VIOLATOR | |

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER

I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

Signature 4/30/07 Date

State of Rhode Island and Providence Plantations

Providence Superior Court

State of Rhode Island vs Ronald Hopkins

Case No: P2-2000-0524A

JUDGMENT OF CONVICTION AND COMMITMENT

On the date(s) below came the attorney for the State and the defendant, who appeared in person and by counsel, before the justice of the Superior Court named below.

Prosecutor: Kathleen M. Kelly
Defense Attorney(s): Megan N Clingham

**IT IS ADJUDGED** that the defendant, having entered a plea or having been found guilty as charged of the offense(s):

Count 1: Manu/Deliv Sch I/Ii Cntrl Subs, Plea Of Nolo Contendere, Sentenced By Judge Clifton, 01-Feb-2000

Full Sentence 12 Years

Term To Serve 30 Months retro to 01-10-2000.

Suspended 114 Months

Probation 114 Months court orders spectrum program.

Total Assessments $968.00

and the Court, having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

**IT IS ADJUDGED** that the defendant is guilty as charged and convicted.

**IT IS ADJUDGED** that the defendant is hereby committed to the custody of the warden of the Adult Correctional Institutions for the period stated above.

**IF CONVICTED AFTER TRIAL,** the defendant has been advised of his/her right to appeal within twenty (20) days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by the public defender or to appeal in forma pauperis.

**IT IS ORDERED** that the Clerk deliver a certified copy of this judgment to the proper authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST
Claudia Carrozzo
Deputy Clerk

Clerk | Clifton, J. Justice, Superior Court | 3/6/2000 Date

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER
I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center
4/30/07
Signature

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# DEFENDANT'S PETITION TO WAIVE INDICTMENT/INFORMATION

## SUPERIOR COURT

☑ PROVIDENCE/BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

| STATE OF RHODE ISLAND | CASE NO. 62/00-0559 |
|---|---|
| VS. Ronald Hopkins | 62/00-524 |

The defendant in the above case appeared on January 11, 2000 (DATE) in the 6th Division of the District Court on the attached complaint charging the defendant with:

| Offense(s) | Offense Date(s) | Offense Location(s) City/Town |
|---|---|---|
| Delivery - cocaine | 1-10-00 | Providence |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERIOR COURT FILED HENRY S. KINCH, JR. 00 FEB -2 AM 9:27

The defendant further represents to this Court that, pursuant to Rule 7(b) of the Superior Court Rules of Criminal Procedure, the above are not offense(s) punishable by death or manadatory life imprisonment, and accordingly the defendant hereby waives the filing of: ☐ Indictment ☒ Information for said offense(s) and consents to being proceeded against by complaint.

X Ronald Hopkins
DEFENDANT

Megan A. Clingham
ATTORNEY FOR DEFENDANT

2-1-00
DATE

STATE OF RHODE ISLAND SUPREME COURT JUDICIAL RECORDS CENTER

I hereby certify that this document is an exact photographic reproduction of the original document on file in the RI Supreme Court Records Center

[signature] 4/30/07

## ORDER

Petition granted. Habeas may issue returnable on ____________
DATE

Assented to: [signature]
ATTORNEY GENERAL

Enter: [signature]
JUSTICE

2/1/2000
DATE

# REQUEST TO ENTER PLEA OF NOLO CONTENDERE OR GUILTY

☒ SUPERIOR COURT ☐ FAMILY COURT

| | |
|---|---|
| 1. STATE OF RHODE ISLAND VS. Ronald Hopkins | 2. CASE NO. 62/00-0559 P2/00-524 |
| 3. CHARGES Delivery. cocaine | 4. PENALTY Up to 30 years ACI |

I, the above named defendant, do hereby request Court permission to withdraw my present plea of **Not Guilty** and to enter a plea of **Nolo Contendere or Guilty.** I understand the plea of **Nolo Contendere** is for all purposes the same as a plea of **Guilty** and that I will be admitting sufficient facts to substantiate the charge(s) which has (have) been brought against me in the case to which this plea relates. I understand by changing my plea I will be giving up and waiving each and all of my following rights:

1. My right to a trial by jury or by a Judge, sitting without a jury, and my right to appeal to the Supreme Court from any verdict or finding of guilt.
2. My right to have the State prove each and every element of the charge(s) against me by evidence and proof beyond a reasonable doubt.
3. My right to the presumption of innocence.
4. My privilege against self-incrimination.
5. My right to confront and cross-examine the State's witnesses against me.
6. My right to present evidence and witnesses on my own behalf and to testify in my own defense if I choose to do so.
7. My right to appeal to the Rhode Island Supreme Court from the sentence imposed by the Court after the entry of my plea of **Nolo Contendere or Guilty.**
8. My right to have the Court obtain and consider a pre-sentence report before the imposition of sentence by the Court.

No promises have been made to me by my Attorney, the State's Attorney, or the Court, other than the fact the Court has agreed to impose the following sentence in addition to whatever money costs are imposed by law.

5. SENTENCE 12 years ACI. 30 months to serve balance SS / probation
Cond.: Spectrum program at ACI

I understand if the Court imposes the sentence referred to above, I will not be permitted to withdraw my plea of Nolo Contendere or Guilty except by permission of the Court.

**I UNDERSTAND THAT IF I AM A RESIDENT ALIEN, A SENTENCE IMPOSED AS A RESULT OF MY PLEA MAY RESULT IN DEPORTATION PROCEEDINGS OVER WHICH THIS COURT HAS NO CONTROL.**

I have discussed the entire contents of this form with my Attorney, who has explained it to me. I have no questions as to what it states and means, and I understand it completely. I swear to the truth of the above.

| | | |
|---|---|---|
| 6. WITNESS (Attorney for the Defendant) Signature Megan A Clingham Print Name Megan A Clingham | Date 2-1-00 Registration No. 4622 | 8. DATE/TIME STAMP SUPERIOR COURT FILED HENRY S. KINCH, JR. 00 FEB -2 AM 9:27 |
| 7. Defendant Signature Ronald Hopkins Print Name Ronald Hopkins | Date 2-1-00 | |

STATE OF RHODE ISLAND SUPREME COURT JUDICIAL RECORDS CENTER
I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center
4/30/07
Signature Date

J-1 (REV. 2/99) CERTIFICATE OF JUDGE-ON REVERSE SIDE