UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0133-01 ML |
| | ) | |
| RONALD HOPKINS | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Ronald Hopkins, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing hearing currently scheduled for November 9, 2007. Mr. Hopkins submits the attached memorandum in support of this request.

Respectfully submitted
Ronald Hopkins
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on October 18, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0133-01 ML |
| | ) | |
| RONALD HOPKINS | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Hopkins has moved this Honorable Court to continue the sentencing date in this matter.

The Court presently has pending before it Mr. Hopkins's motion seeking information regarding the confidential informant used by the government in his arrest. The government has not yet filed a response to that motion and the Court has not yet scheduled a hearing on the matter. The Defense concern is that this motion will not be decided sufficiently in advance of the scheduled sentencing date to allow for complete investigation in preparation for sentencing.

Further, the Defense is aware that Mr. Walker, the co-defendant in this case, has moved for additional time to investigate issues surrounding the application of sentencing enhancements pursuant to 21 U.S.C. § 851. Cursory review of cases in this district shows that these enhancements appear often in instances involving cocaine base in the form of crack cocaine and African American defendants. This inquiry applies to Mr. Hopkins as relevantly as Mr. Walker. The Court should continue this matter to allow Mr. Walker's counsel to complete his investigation of these issues.

For each of these reasons Mr. Hopkins requests a reasonable continuance. Mr. Hopkins does not ask for a specific length of continuance, only that his sentencing be placed on the same time track as Mr. Walker's case.

Respectfully submitted
Ronald Hopkins
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on October 17, 2007.

/s/ Kevin J. Fitzgerald